IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GOLDEN MANUFACTURING CO., INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 06-114C<br>(Judge Lettow) |

DEFENDANT'S ANSWER

For its answer to the Complaint, the Defendant, the United States, admits, denies, and alleges as follows:

1. Denies the allegations contained in paragraph 1 for lack of knowledge or information sufficient to form a belief as to their truth.

2. Admits.

3. The allegations contained in paragraph 3 constitute conclusions of law to which no answer is required; to the extent that they may be deemed allegations of fact, they are denied.

4. Admits.

5. Admits the allegations contained in paragraph 5 to the extent supported by the contract cited, which is the best evidence of its contents, otherwise denies.

6. Admits the allegations contained in paragraph 6 to the extent supported by the contract cited, which is the best evidence of its contents, otherwise denies.

7. Admits the allegations contained in paragraph 7 to the extent supported by the contract cited, which is the best evidence of its contents, otherwise denies.

8. Admits the allegations contained in paragraph 8 to the extent supported by the

contract cited, which is the best evidence of its contents, otherwise denies.

9. Admits.

10. Admits.

11. The allegations contained in paragraph 11 constitute conclusions of law to which no answer is required; to the extent that they may be deemed allegations of fact, they are denied.

12. Admits the allegations contained in paragraph 12 to the extent supported by the document cited, which is the best evidence of its contents, otherwise denies.

13. Admits that Golden submitted a request for equitable adjustment from counsel, dated October 11, 2005. The remaining allegations contained in paragraph 13 constitute conclusions of law to which no answer is required; to the extent that they may be deemed allegations of fact, they are denied.

14. Admits the allegations contained in paragraph 14 to the extent supported by the document cited, which is the best evidence of its contents, otherwise denies.

15. Admits that Golden submitted a claim dated December 12, 2005. The remaining allegations contained in paragraph 15 constitute conclusions of law to which no answer is required; to the extent that they may be deemed allegations of fact, they are denied.

16. Admits that the contracting officer did not issue a final decision within 60 days; otherwise, the allegations contained in paragraph 16 constitute conclusions of law to which no answer is required; to the extent that they may be deemed allegations of fact, they are denied.

17. Denies.

18. Denies each and every allegation not previously admitted or otherwise qualified.

19. Denies that plaintiff is entitled to the relief set forth in the prayer for relief

immediately following paragraph 17, or to any relief whatsoever.

WHEREFORE, defendant requests that the Court enter judgment in its favor, order that the complaint be dismissed, and grant defendant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/Michael N. O’Connell
MICHAEL N. O'CONNELL
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
(202) 307-0286
(202) 514-8624 (fax)

April 17, 2006

Attorneys for Defendant

Certificate of Filing

I hereby certify that on this 17th day of April, 2006, a copy of the foregoing answer was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Michael N. O'Connell