IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GOLDEN MANUFACTURING CO., INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 06-114C<br>(Judge Lettow) |

JOINT PRELIMINARY STATUS REPORT

Pursuant to Appendix A, ¶¶ 3-5, of the Rules of the United States Court of Federal Claims, plaintiff, Golden Manufacturing Co., Inc., and defendant, the United States, submit this joint preliminary status report.

a. Does the court have jurisdiction over the action?

Plaintiff believes that the Court has jurisdiction over the action. At the present time, defendant does not have any reason to question the Court's jurisdiction over this action.

b. Should the case be consolidated with any other case and the reasons therefor?

At the present time, the parties agree that this case should not be consolidated with any other case.

c. Should trial of liability and damages be bifurcated and the reasons therefor?

The parties agree that the issues of liability and quantum should not be bifurcated.

d. Should further proceedings in this case be deferred pending consideration of another case before this court or any other tribunal and the reasons therefor?

The parties agree that this case should not be deferred.

e. In cases other than tax refund actions, will a remand or suspension be sought and the reasons therefor and the proposed duration?

Neither party seeks remand nor suspension.

f. Will additional parties be joined and, if so, a statement describing such parties, their relationship to the case, and the efforts to effect joinder and schedule proposed to effect joinder?

Neither party intends to join additional parties at this time.

g. Does either party intend to file a motion pursuant to RCFC 12(b), 12(c), or 56 and, if so, a schedule for the intended filing?

At the present time, neither party intends to file any dispositive motions. However, after discovery is completed, both parties reserve the right to file a dispositive motion if it believes that such a motion is appropriate.

h. What are the relevant factual and legal issues?

The relevant factual and legal issues are:

(1) Whether Plaintiff meets the legal standard for recovery of Eichleay delay costs as a result of the Stop Work Order issued by the Defense Supply Center Philadelphia on June 13, 2005; and

(2) What, if any, additional costs are Plaintiff entitled to recover as a result of the Stop Work Order issued by the Defense Supply Center Philadelphia on June 13, 2005?

I. What is the likelihood of settlement? Is alternative dispute resolution contemplated?

The parties have not yet engaged in settlement discussions. The parties believe that, at this time, they cannot predict the likelihood of settlement.

j. Do the parties anticipate proceeding to trial? Does any party, or do the parties jointly, request expedited trial scheduling and, if so, the reasons why the case is appropriate therefore?

Unless a settlement is reached, the parties anticipate proceeding to trial. Neither party requests an expedited trial.

k. Are there special issues regarding electronic case management needs?

At the present time, the parties are unaware of any special issue regarding electronic case management needs.

l. Is there other information of which the court should be aware at this time?

The parties are unaware of any other information that should be brought to the Court's attention at this time.

PROPOSED DISCOVERY PLAN

| Date | Event |
|---|---|
| 5/31/07 | Conclusion of all non-expert discovery |
| 8/31/07 | Disclosure of expert reports |
| 10/31/07 | Conclusion of expert depositions |

Respectfully submitted,

s/Marc Lamer
MARC LAMER
KOSTAS & LAMER
1608 Walnut Street, Suite 1300
Philadelphia, PA 19103-5407
Tele.: (215) 545-0570

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/Michael N. O'Connell
MICHAEL N. O'CONNELL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0282

Attorneys for Defendant

Dated: June 8, 2006