IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-114C

(Filed: June 9, 2006)

GOLDEN MANUFACTURING CO., INC.

Plaintiff,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

The court acknowledges receipt of the parties' Joint Preliminary Status Report, filed on June 8, 2006. The status report contains a proposed discovery plan for this case. In accord with the parties' proposed discovery plan, discovery shall take place in this case according to the following schedule:

| Event | Date |
|---|---|
| Conclusion of all non-expert discovery | May 31, 2007 |
| Disclosure of expert reports | August 31, 2007 |
| Conclusion of expert depositions | October 31, 2007 |
| Submission of a further joint status report | November 20, 2007 |

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge